NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FLEXITEEK AMERICAS, INC.**
**and FLEXITEEK INTERNATIONAL AS,**
*Plaintiffs-Appellees,*

v.

**PLASDECK, INC. and**
**PLASTEAK, INC.,**
*Defendants-Appellants,*

**and**

**ANDRE BATISTA,**
*Defendant.*

---

2009-1501

---

Appeal from the United States District Court for the Southern District of Florida in No. 08-CV-60996, Judge James I. Cohn.

---

**JUDGMENT**

---

S. Tracy Long, Santucci, Priore & Long, P.L., of Fort Lauderdale, Florida, argued for plaintiffs-appellees.

Bruce H. Wilson, of Akron, Ohio, argued for defendants-appellants. Of counsel on the brief was J. Clark Dixon, Camillo, Snowden and de Almeida, P.A., of Fort Lauderdale, Florida. Of counsel was Douglas de Almeida.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 2, 2010          /s/ Jan Horbaly
Date                              Jan Horbaly
                                      Clerk